EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Luis A. Nieves Nieves | 2012 TSPR 43<br><br>184 DPR ____ |

Número del Caso: TS-10,199

Fecha: 13 de marzo de 2012

Abogada de la Parte Peticionaria:

Lcdo. Osvaldo Toledo Martínez

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

TS-10,199

In re: Luis A. Nieves Nieves

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de marzo de 2012.

El peticionario Luis A. Nieves Nieves fue suspendido del ejercicio de la abogacía por el término de un año mediante Opinión *Per Curiam* del 7 de marzo de 2011.

Vista la *Moción Solicitando Reinstalación en el Ejercicio de la Profesión del Abogado Luis A. Nieves Nieves* presentada por el peticionario el pasado 2 de marzo de 2012, se autoriza su reinstalación al ejercicio de la abogacía.

No obstante, se ordena al Procurador General a reactivar la queja AB-2008-0170 que fue archivada administrativamente mientras el abogado estuvo suspendido. Además, se le concede al Lcdo. Luis A. Nieves Nieves un término de 30 días para contestar la referida queja.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo